## United States District Court
### Violation Notice

CVB Location Code: EV78

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| R 4000538 | DASS, P. | D2200 *996 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 01/22/2015 1723 HRS | 32 CFR 234.17 / VA CODE 46.2-115 |

Place of Offense: SLUG LANE PORK CHOP PARKING AREA PENTAGON RESERVATION

Offense Description: Factual Basis for Charge
FAILURE TO OBEY TRAFFIC SIGNALS OF POLICE OFFICER

**DEFENDANT INFORMATION**
Last Name: D[redacted]
First Name: ADAMA

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| WMW9722 | VA | 08 | HONDA CRV | | SILVER |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 115 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 135 Total Collateral Due

**YOUR COURT DATE**
United States District Court
401 Courthouse Square
Alexandria, VA 22314
(703) 299-2100
Date: 03/19/2015
Time: 0900

X Defendant Signature: Adama D[redacted]

DO Form 1805 (Rev. 01/2011)   Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on JANUARY 22, 20 15 while exercising my duties as a law enforcement officer in the EASTERN District of VIRGINIA

WHILE ON THE PENTAGON RESERVATION I WAS ASKED FOR ASSISTANT BY OFFICER WILSON (WOI #771) FOR A VEHICLE THAT FAILED TO OBEY POLICE HAND AND ARM SIGNAL WHILE HE CONDUCTED TRAFFIC CONTROL POINT (TCP) OPERATIONS AT THE INTERSECTION OF N. ROTARY AND EADES STREET. THE VEHICLE WAS A SILVER HONDA CRV. I MADE A TRAFFIC AT LANE 26 AND N. ROTARY ROAD. THE DRIVER WAS IDENTIFIED AS ADAMA D[redacted] BY HER VIRGINIA DRIVER'S LICENSE # B6130892O. OFFICER WILSON ADVISE ME THAT THE INDIVIDUAL STOPPED IN THE CENTER OF THE ROADWAY AS HE WAVED THE VEHICLE TO PROCEED. THE VEHICLE STOPPED TO PICK UP A PASSENGER WHILE THE FOUR VEHICLES BEHIND IT HONKED THEIR HORN. OFFICER WILSON PROCEED TO USE HIS WHISTLE AND HAND AND ARM SIGNAL BUT THE VEHICLE CONTINUED TO PICK UP A PASSENGER BEFORE PROCEEDING. MS. DAW WAS ISSUED A CITATION FOR DISOBEYING POLICE HAND AND ARM SIGNAL.

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/22/2015
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident